IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SHELDON MCGEE, JR.,

      Petitioner,               No. CIV S-09-2127 DAD P

    vs.

WARDEN, MULE CREEK STATE PRISON,

      Respondent.          <u>ORDER</u>
_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Although petitioner has filed an application to proceed in forma pauperis, the form is not signed by petitioner.  Petitioner will be provided the opportunity to either submit the appropriate signed affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee ($5.00).  28 U.S.C. § 1914(a) and 1915(a)(1).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner's August 3, 2009 application to proceed in forma pauperis (Doc. No. 2) is denied;

      2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

1

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 5, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
mcge2127.101a