IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SHELDON McGEE, JR.,

      Petitioner,                      No. CIV S-09-2127 DAD P

    vs.

WARDEN, MULE CREEK STATE PRISON,

      Respondent.                 ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed a proper application to proceed in forma pauperis. Petitioner is advised that he must answer each question in the application, and he must sign and date the application. See 28 U.S.C. §§ 1914(a); 1915(a). The application filed on October 27, 2009 was not dated. Petitioner will be provided one last opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee of $5.00.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's October 27, 2009 motion to proceed in forma pauperis (Doc. No. 6) is denied without prejudice;

1

2. Petitioner shall submit, within thirty days from the date of this order, a new affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mcge2127.ifp2